Kirk J. Houston, ISB #9055
Tara Malek, ISB #8709
SMITH + MALEK, PLLC
101 S. Capitol Blvd, Ste. 930
Boise, Idaho 83702
P.   (208) 473-7009
F.   (208) 473-7661
E.   service@smithmalek.com

Attorneys for Trustee

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| In re:<br><br>RYAN WILLIAM HAWKES,<br>SUZANN MARGARET HAWKES,<br><br>Debtors. | Case No. 19-00880-JDP |
|---|---|
| FORD ELSAESSER, solely in his capacity as Chapter 7 Trustee for the above-referenced bankruptcy estate,<br><br>Plaintiff<br><br>vs.<br><br>DA CAPITAL INVESTMENTS, LLC, an Idaho limited liability Company; DOES 1-5 | Adversary No. 21-__06008__JDP<br><br>SUMMONS |

**SUMMONS IN AN ADVERSARY PROCEEDING**

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

SUMMONS 1

    Address of the Clerk: 550 W. Fort Street

           Boise, Idaho 83701

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

    Name and Address of Plaintiff's Attorney: Kirk J. Houston

                      SMITH + MALEK, PLLC

                      101 S. Capitol Blvd, Ste 930

                      Boise, Idaho 83702

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



United States Courts
District of Idaho
**ISSUED**
*Chantelle Knudsen*
*on Jul 30, 2021 8:38 am*

SUMMONS 2